IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. MEEHAN, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| PELLE TSICHLIS, | NO. 21-31 |
| Defendant. | |

**O R D E R**

AND NOW, this 19th day of January, 2021, upon consideration of the Motion of David J. Carney, Esquire for the Admission *Pro Hac Vice* of Jose Isaias Ybanez Utzurrum, Esquire (Doc. No. 22), and it appearing to the Court that the said Jose Isaias Ybanez Utzurrum is a member in good standing of the Bars of the States of California and Hawaii, it is hereby ORDERED that the Motion is GRANTED and Jose Isaias Ybanez Utzurrum, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with David J. Carney, Esquire on behalf of the Plaintiff for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.