**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JOSEPH R. MEEHAN,                          CIVIL ACTION

           Plaintiff,

      v.
                                           NO.  21-31
PELLE TSICHLIS aka PELLE
PRIMEAU,

           Defendant.

**O R D E R**

    AND NOW, this  24th  day of February    , 2021, upon
consideration of the Defendant's Motion for Extension of Time
(Doc. No. 24), it is hereby ORDERED that the Motion is
GRANTED and the deadline for Defendant to answer the
complaint is EXTENDED by thirty (30) days to March 26, 2021.


                              BY THE COURT:


                               s/ J. Curtis Joyner
                              _____
                              J. CURTIS JOYNER, J.