UTZURRUM LAW OFFICES, A.P.C.
Joe Utzurrum, Esq.
Cal Bar Number 171701
11620 Wilshire Boulevard
Suite 900
Los Angeles, California 90025
Tele 310.887.1837
Email joe@ulawoffices.com

Attorneys for plaintiff, JOSEPH R. MEEHAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. MEEHAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>PELLE TSICHLIS aka PELLE PRIMEAU,<br><br>    Defendants, | Case No. 2:21-cv-00031-JCJ<br><br>NOTICE OF DISMISSAL PELLE TSICHLIS aka PELLE PRIMEAU, (Pursuant to Fed. R. Civ. P. 41(a)(1)(a) |

TO THE COURT AND ALL PARTIES IN THIS ACTION, PLEASE TAKE NOTICE THAT plaintiff, Joseph R. Meehan (**Meehan**), voluntarily dismisses without prejudice defendant, PELLE TSICHLIS aka PELLE PRIMEAU (**Tsichlis**). Tsichlis has not answered or filed a motion for summary judgment.  This notice is made pursuant to Fed. R. Civ. P. 41(a)(1)(A).

  Dated: March 10, 2021, Los Angeles, California

      UTZURRUM LAW OFFICES, A.P.C.


By: _____ /s/ Joe Utzurrum _____

Joe Utzurrum, Attorney for plaintiff, Joseph R. Meehan

Notice of Dismissal